NUMBER 13-08-00373-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ARIEL CHAVEZ AND OSCAR CHAVEZ, APPELLANTS,


v.



ARTURO MEDINA, APPELLEE. 

 ___________________________________________________________


On Appeal from the County Court at Law No. 1


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam


 Appellants, Ariel Chavez and Oscar Chavez, perfected an appeal from a judgment
entered by the County Court at Law No. 1 of Cameron County, Texas, in cause number
2005-CCL-1432-A. Appellants have filed an agreed motion to dismiss the appeal on
grounds that the parties have reached a settlement agreement in this matter. The parties 
request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' agreed motion
to dismiss appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' agreed motion to dismiss is granted, and the appeal is hereby
DISMISSED. In accordance with the agreement of the parties, costs are taxed against the
party incurring same. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the
court will tax costs against the appellant."). Having dismissed the appeal at appellant's
request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


 

 PER CURIAM

Delivered and filed the 28th

day of January, 2010.